FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
NAQVI INJURY LAW
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile:  (702) 553-1002
naqvi@naqvilaw.com
paul@naqvilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA YALOVICH, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE; FALCON FARMS, INC. a/k/a FALCON FARMS; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-01263-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FOURTH REQUEST)** |
| COSTCO WHOLESALE CORPORATION,<br><br>Cross-claimant,<br><br>vs.<br><br>FALCON FARMS, INC. a/k/a FALCON FARMS and ROES 1-10, inclusive,<br><br>Cross-defendant. | |

Plaintiff LISA YALOVICH ("Plaintiff"), by and through her attorneys of record, FARHAN R. NAQVI and PAUL G. ALBRIGHT of the law firm NAQVI INJURY LAW, Defendant/Cross-Claimant COSTCO WHOLESALE CORPORATION d/b/a COSTCO

WHOLESALE ("Defendant COSTCO"), by and through its attorney of record, MICHAEL A. FEDERICO of the law firm OLSON CANNON GORMLEY & STOBERSKI, and Defendant/Cross-Defendant FALCON FARMS, INC. ("Defendant FALCON FARMS") by and through its attorney of record, TROY E. PEYTON of the law firm PYATT SILVESTRI, hereby submit this **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FOURTH REQUEST)** pursuant to LR 26-4 for the Court's consideration.

## I.

## DISCOVERY COMPLETED TO DATE

1. A Rule 26(f) Case Conference was held and a Discovery Plan/Scheduling Order was filed.
2. Plaintiff has made initial disclosures, and five (5) supplements thereto.
3. Defendant COSTCO has made initial disclosures, and twelve (12) supplements thereto.
4. Plaintiff served requests for production to Defendant COSTCO, to which responses were provided.
5. Plaintiff served interrogatories to Defendant COSTCO, to which responses were provided.
6. Defendant COSTCO served requests for production to Plaintiff, to which responses were provided.
7. Defendant COSTCO served interrogatories to Plaintiff, to which responses were provided.
8. Defendant COSTCO served requests for admissions to Plaintiff, to which responses were provided.
9. Subpoena duces tecum have been sent to various facilities and entities requesting records.
10. Deposition of Plaintiff.
11. A site inspection was performed on April 15, 2021.
12. Defendant COSTCO made expert disclosures.

13. Plaintiff made expert disclosures.

14. Plaintiff provided Defendant FALCON FARMS with discovery and pleadings filed prior to Defendant FALCON FARMS' entrance into the case.

15. Plaintiff served interrogatories to Defendant FALCON FARMS, to which responses were provided.

16. Plaintiff served requests for production to Defendant FALCON FARMS, to which responses were provided.

17. Deposition of Plaintiff's husband.

## II.

## DISCOVERY TO BE COMPLETED

1. Depositions of various witnesses including, but not limited to: Defendants FRCP; 30(b)(6) representative(s); Plaintiff's treating physicians; Experts; and other witnesses.

## III.

## WHY DISCOVERY CANNOT BE COMPLETED IN THE TIME PROVIDED BY THE SCHEDULING ORDER

The parties represent that good cause exists for extending the discovery deadlines in this matter. This is a multi-party case arising from an incident wherein Plaintiff tripped and fell on property owned and/or maintained by Defendants. The parties have been attempting to schedule the depositions of Defendants' COSTCO and FALCON FARMS respective FRCP 30(b)(6) designees and employees, but the same have been delayed by counsel's respective trial schedules as well as the inherent difficulty in coordinating depositions around the schedules of three (3) separate counsel and their clients. Moreover, the parties are still discussing potential resolution of this case. Based on the foregoing, the parties are requesting a brief extension of the deadlines as outlined below.

## IV.

## PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| DISCOVERY | ~~PROPOSED DEADLINE~~ |
|---|---|
| Amend Pleadings | Closed |
| Initial Expert Disclosure | Closed |
| Rebuttal Expert Disclosure | Closed |
| Close of Discovery | August 22, 2022 |
| Dispositive Motions | September 20, 2022 |
| Pretrial Order | October 21, 2022 |

This Stipulation to Extend is made in good faith and not for purposes of delay.

DATED this 17th of June, 2022

NAQVI INJURY LAW

*/s/ Paul G. Albright*
PAUL G. ALBRIGHT
Nevada Bar No. 1415
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

DATED this 17th of June, 2022

PYATT SILVESTRI

*/s/ Troy E. Peyton*
Troy E. Peyton
Nevada Bar no. 1188
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
*Attorney for Defendant Falcon Farms, Inc.*

DATED this 17th of June 2022

OLSON CANNON GORMLEY & STOBERSKI

*/s/ Michael A. Federico*
MICHAEL A. FEDERICO
Nevada Bar No. 5946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendant Costco Wholesale Corporation*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: June 17, 2022