MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant/Crossclaimant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| LISA YALOVICH, individually,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE; FALCON FARMS, INC. a/k/a FALCON FARMS; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01263-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ANY AND ALL CLAIMS BY ALL PARTIES**<br><br>ECF No. 39 |
| COSTCO WHOLESALE CORPORATION,<br><br>Crossclaimant,<br><br>v.<br><br>FALCON FARMS, INC. a/k/a FALCON FARMS and ROES 1-10,<br><br>Crossdefendant. | |

Plaintiff LISA YALOVICH, Defendant/Cross-claimant COSTCO WHOLESALE CORPORATION and Defendant/Cross-Defendant FALCON FARMS, INC., by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the

1

above-captioned action, and any and all claims asserted by any and all parties in said captioned action is and are hereby dismissed with prejudice.

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

DATED this 20th day of December, 2022.

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendant/Cross-claimant
*Costco Wholesale Corporation*

DATED this 20th day of December, 2022.

PYATT SILVESTRI

/s/ Troy E. Peyton, Esq.
_____
TROY E. PEYTON, ESQ.
Nevada Bar No. 1188
701 Bridger Ave., Ste. 600
Las Vegas, NV 89101
Attorney for Defendant/Cross-defendant
*Falcon Farms, Inc.*

DATED this 20th day of December, 2022.

NAQVI INJURY LAW

/s/ Paul G. Albright, Esq.
_____
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No.: 14159
9500 W. Flamingo Rd., Ste. 104
Las Vegas, NV 89147
Attorney for Plaintiff
*Lisa Yalovich*

### ORDER

Based on the parties' stipulation [ECF No. 39] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
**Dated: December 22, 2022**

2